June 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTOPHER MULGREW, Appellant

NO. 14-13-00252-CV V.

SPECTRASEIS, INC., Appellee

_____

This cause, an appeal from the order of dismissal in favor of appellee, Spectraseis, Inc., signed January 2, 2013, was heard on the transcript of the record. We have inspected the record and find error in the order. Therefore, the order of dismissal of the court below is **REVERSED**, and we **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Spectraseis, Inc.

We further order this decision certified below for observance.